THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In the Interest
 of S., John, A Juvenile Under the Age of Eighteen (18), Appellant.
 
 
 

Appeal From Horry County
 Lisa A. Kinon, Family Court Judge

Unpublished Opinion No. 2008-UP-504
 Submitted September 2, 2008  Filed
September 5, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor John Gregory Hembree, of Conway; for Respondent.
 
 
 

PER CURIAM: John S. appeals his conviction and sentence for
 first-degree criminal sexual conduct with a minor, arguing the family court
 erred in denying his motion for a directed verdict
 where there was insufficient evidence of guilt.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] John S.s appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
ANDERSON, WILLIAMS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.